UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CASE NO.: 1:21-cv-02486

ERIC PICKERSGILL,

    Plaintiff,

v.

OUTREACH, INC. and TODD HARNESS,

    Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff ERIC PICKERSGILL by and through his undersigned counsel, brings this Complaint against Defendants OUTREACH, INC. and TODD HARNESS for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff ERIC PICKERSGILL ("Pickersgill") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Pickersgill's original copyrighted Works of authorship.

2. Eric Pickersgill is a full time artist, husband, and father working in North Carolina. He received a Master of Fine Arts degree at The University of North Carolina at Chapel Hill in 2015. He was born in Homestead, Florida in 1986 and spent his teenage years in Charlotte, North Carolina. Pickersgill received a Bachelor of Fine Arts degree with a concentration in Fine Art Photography from Columbia College Chicago in 2011. Between 2011 and 2013 Pickersgill taught high school in Charlotte, NC via Teach for America. His passion for teaching and image making allows him to see the connections that the two share. The work

Pickersgill makes is often about photography as he explores the psychological and social effects that cameras and their artifacts have on individuals and societies as a whole. Pickersgill has exhibited and presented his work internationally at institutions, galleries, and art fairs such as The North Carolina Museum of Art, Pantheon-Sorbonne University, The Ackland Art Museum, Rick Wester Fine Art, Pulse Art Fair Miami, AIPAD, and many more.

3. Defendant OUTREACH, INC. ("Outreach") is a marketing company that delivers eye-catching postcard invitations, bulletins, banners, in-house printing, custom design, mail services and post office delivery for churches. Outreach also provides tools to help churches establish visibility in their community. At all times relevant herein, Outreach owned and operated the internet website located at the URL www.outreach.com (the "Website").

4. Defendant Todd Harness ("Harness") is upon information and belief the registrant of the Website.

5. Defendants Outreach and Harness are collectively referred to herein as "Defendants."

6. Pickersgill alleges that Defendants copied Pickersgill's copyrighted Works from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendants are subject to personal jurisdiction in Colorado.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. Outreach, Inc. is a Colorado Corporation, with its principal place of business at 5550 Tech Center Drive, Colorado Springs, CO 80919, and can be served by serving its Registered Agent, Mr. Steve Foster, at the same address.

12. Todd Harness is an individual residing in El Paso county, state of Colorado and can be served at 4660 Templeton Park Circle, Apartment 110, Colorado Springs, CO 80917.

## THE COPYRIGHTED WORKS AT ISSUE

13. The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, one of which is shown below, and which are referred to herein as the "Works." Copies of the Works are attached hereto as Exhibit 1. Copies of the Registration Certificates are attached hereto as Exhibit 2.

| **Copyright Title** | **Registration Number** | **Registration Issue Date** |
|---|---|---|
| Ashley's_Neighbors | VAu 1-258-364 | 7/5/2016 |
| Jamie_Jodi_and_Aiden | VAu 1-258-364 | 7/5/2016 |
| Grant | VAu 1-258-364 | 7/5/0016 |
| Tanya_and_Addi | VAu 1-258-364 | 7/5/2016 |
| Michelle_and_Jimmy | VAu 1-258-364 | 7/5/2016 |
| Snoopys | VAu 1-258-364 | 7/5/2016 |
| Wendy_Brian_Hunter_and_Harper | VAu 1-258-364 | 7/5/2016 |



14. Pickersgill's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

15. At all relevant times Pickersgill was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANTS

16. Defendants have never been licensed to use the Works at issue in this action for any purpose.

17. On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendants copied the Works.

18. On or about March 11, 2020, Pickersgill discovered the unauthorized use of his Works on the Website in an article entitled " Social Media – How Addicted Are You?", dated October 12, 2015.

19. Defendants copied Pickersgill's copyrighted Works without Pickersgill's permission.

20. After Defendants copied the Works, they made further copies and distributed the Works on the internet to promote the sale of goods and services as part of their advertising business geared towards churches.

21. Defendants copied and distributed Pickersgill's copyrighted Works in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

22. Pickersgill's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

23. Defendants committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 3.

24. Pickersgill never gave Defendants permission or authority to copy, distribute or display the Works at issue in this case.

25. Pickersgill notified Defendants of the allegations set forth herein on July 22, 2020 and August 27, 2020. To date, Defendants have failed to respond to Plaintiff's Notices.  Copies of the Notices to Defendants are attached hereto as Exhibit 4.

## COUNT I
## COPYRIGHT INFRINGEMENT

26. Pickersgill incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Pickersgill owns valid copyrights in the Works at issue in this case.

28. Pickersgill registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Defendants copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Pickersgill's authorization in violation of 17 U.S.C. § 501.

30. Defendants performed the acts alleged in the course and scope of its business activities.

31. Defendants' acts were willful.

32. Pickersgill has been damaged.

33. The harm caused to Pickersgill has been irreparable.

WHEREFORE, the Plaintiff Eric Pickersgill prays for judgment against the Defendants Outreach, Inc. and Todd Harness that:

    a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Plaintiff be awarded pre- and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: September 14, 2021

Respectfully submitted,

*/s/Jonah A. Grossbardt*
JONAH A. GROSSBARDT
jonah.grossbardt@sriplaw.com
MATTHEW ROLLIN
matthew.rolling@sriplaw.com

**SRIPLAW**
8740 Wilshire Boulevard, Suite 350
Beverly Hills, CA  90211
323.364.6565 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
Joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road, Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4343 – Facsimile

and

WILLIAM S. WENZEL
info@redroadlegal.com

**RED ROAD LEGAL, PC**
7650 East Kenyon Avenue
Denver, CO  80237
888.443.5485 – Telephone
*Counsel for Plaintiff Eric Pickersgill*