# Exhibit 1













