# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-258-364**

**Effective Date of Registration:**
July 05, 2016

## Title
    **Title of Work:** Removed
    **Volume**: 1
    **Date on Copies:** February 2015

    **Series Title:** Removed

## Completion/Publication
    **Year of Completion:** 2015

## Author
-     **Author:** Eric Allen Pickersgill
    **Author Created:** photograph
    **Work made for hire:** No
    **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** Eric Allen Pickersgill
    609 Pecan Ave, Charlotte, NC, 28204, United States

## Rights and Permissions
    **Name:** Eric Allen Pickersgill
    **Email:** ericpickersgill@gmail.com
    **Telephone:** (704)806-0863
    **Address:** 609 Pecan Ave
    Charlotte, NC 28204 United States

## Certification
    **Name:** Eric Pickersgill
    **Date:** July 05, 2016

**Copyright Office notes:** Basis for Registration: Unpublished collection

*0000VAU001258364020*