# Exhibit

# 3



He was inspired to start the project after observing a family at a local café:

*Family sitting next to me at Illium café in Troy, NY is so disconnected from one another. Not much talking. Father and two daughters have their own phones out. Mom doesn't have one or chooses to leave it put away. She stares out the window, sad and alone in the company of her closest family. Dad looks up every so often to announce some obscure piece of info he found online. Twice he goes on about a large fish that was caught. No one replies. I am saddened by the use of technology for interaction in exchange for not interacting. This has never happened before and I doubt we have scratched the surface of the social impact of this new experience. Mom has her phone out now.*

Here are a few photos from Pickersgill's project, *Removed*:



ANDERSONVILLE THEOLOGICAL SEMINARY

Make an impact with an *AFFORDABLE,* Online Theology Degree

LEARN MORE















Here's a short video from Piskersgill and the full project.



0

Share   Pin   Tweet

SHARES



**Esther Laurie**

http://www.estherlaurie.com

Esther Laurie is a staff writer at ChurchLeaders.com. Her background is in communication and church ministry. She believes in the power of the written word and the beauty of transformation and empowering others. When she's not working, she loves running, exploring new places and time with friends and family. It's her goal to work the word 'whimsy' into most conversations.

0 Comments                                    Sort by  Newest

Add a comment...

Facebook Comments Plugin

**RELATED ARTICLES    MORE FROM AUTHOR**

17 Biblical Ways to Glorify God With Your Life

UPDATED: 25 Christian Memes That Are Funny Because They're True (Plus 13 More!)

100 Remarkable Reasons to Thank God This Thanksgiving

15 Billy Graham Quotes About Hope

5 Ways to Sweeten Your Morning Times with God

10 Psalms: Praying Each Psalm Will Bolster Your Prayer Life

10 Things That Could Be Mistaken for 'Spiritual Gifts'

21 of the Best Mere Christianity Quotes from C.S. Lewis

10 Lesser-Known, Outstanding C.S. Lewis Quotes

7 Things You Didn't Know About Faith of the Founding Fathers

## Subscribe to ChurchLeaders

Get the latest church articles sent directly to your inbox.

☑ Lead Pastor   ☐ Worship   ☐ Youth
☐ Outreach   ☐ Children's   ☐ Ministry Tech
☐ Small Groups   ☐ Select All

First name / Email Address

Sign Me Up!

**LATEST NEWS**

 Church Leaders Help Restore Iraqi Town Devastated by ISIS — News February 28, 2020

 Israel Could Be 'Weeks' from Coronavirus Vaccine — News February 28, 2020

Trump's India Visit Unintentionally Placed Spotlight on Religious Persecution — News February 27, 2020

**POPULAR ARTICLES**

 12 Things a Church Pastor Cannot Do — Articles for Pastors February 6, 2017

 Can a Christian Drink Alcohol? — Articles for Pastors July 26, 2018

 12 Habits That Lead to Divorce...and How to Avoid Them! — Articles for Outreach & Missions March 21, 2017

**NEW PODCASTS**

 Alan Hirsch and Mark Nelson: Being at Peace with the Mystery... — Podcast February 26, 2020

 Danielle Strickland: Jesus Is the Healer of Gender Inequality in the... — Podcast February 19, 2020

 Josh Gagnon: How to Make Your Church Fit Your Community — Podcast February 12, 2020

# Social Media—How Addicted Are You?

By **Esther Laurie** - October 12, 2015



**0**

SHARES

[f Share]   [P Pin]   [🐦 Tweet]

It's no secret. We use social media. A lot. But do you know how much you are on social media?

It could be more than you think.

"Nearly two-thirds of American adults (65%) use social networking sites, up from 7% when Pew Research Center began systematically tracking social media usage in 2005."

Young adults (ages 18-29) are still most likely to use social media (about 90%), but the usage of those 65 years and older has "more than tripled since 2010 when 11% used social media. Today, 35% of all those 65 and older report using social media, compared with just 2% in 2005."

3/17/2020                                                    Social Media—How Addicted Are You?



Photographer Eric Pickersgill created a project called *Removed*, which are a series of photos  which show a snapshot of people's everyday lives, but with one change: he removed all the electronic devices from the photos.

He was inspired to start the project after observing a family at a local café:

*Family sitting next to me at Illium café in Troy, NY is so disconnected from one another. Not much talking. Father and two daughters have their own phones out. Mom doesn't have one or chooses to leave it put away. She stares out the window, sad and alone in the company of her closest family. Dad looks up every so often to announce some obscure piece of info he found online. Twice he goes on about a large fish that was caught. No one replies. I am saddened by the use of technology for interaction in exchange for not interacting. This has never happened before and I doubt we have scratched the surface of the social impact of this new experience. Mom has her phone out now.*

Here are a few photos from Pickersgill's project, *Removed*:

3/17/2020                                                 Social Media—How Addicted Are You?





3/17/2020                                                                Social Media—How Addicted Are You?





3/17/2020                                   Social Media—How Addicted Are You?





3/17/2020                                        Social Media—How Addicted Are You?



Here's a short video from Piskersgill and the full project.



0
SHARES

f  Share          P  Pin          🐦 Tweet

**Esther Laurie**

*http://www.estherlaurie.com*

Esther Laurie is a staff writer at ChurchLeaders.com. Her
background is in communication and church ministry. She
believes in the power of the written word and the beauty of
transformation and empowering others. When she's not
working, she loves running, exploring new places and time
with friends and family. It's her goal to work the word
'whimsy' into most conversations.

# Subscribe to ChurchLeaders

Get the latest church articles sent directly to your inbox.

 Lead Pastor          Worship

3/17/2020                                   Social Media—How Addicted Are You?

☐  Youth                        ☐  Outreach

☐  Children's                   ☐  Ministry Tech

☐  Small Groups                 ☐  Select All

| First name | 🖻 |
|---|---|

| Email Address |
|---|

**Sign Me Up!**





churchleaders-eszuskq0bptin8awbb.stackpathdns.com/wp-content/uploads/2015/10/grant_670.jpg









churchleaders-cozuskq0optimeawebstudpations.com/wp-content/uploaded/2019/10/wendy_gnar_vids_blog.jpg



