# Exhibit 4



Jonah A. Grossbardt
*Attorney*

Direct: 323.364.6565
jonah.grossbardt@sriplaw.com

July 22, 2020

**VIA EMAIL:  editorial@churchleaders.com**
Mr. Todd Harness
Outreach Inc
5550 Tech Center Drive
Colorado Springs, CO 80919

**Re:   Pickersgill v. Outreach Inc**

   **Our File No.:  00652-0002**

Dear Mr. Harness,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Eric Pickersgill, a photographer, for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim.

*Eric Pickersgill ("Pickersgill")*
Our client is an experienced professional photographer who makes a living from photography.

Pickersgill retains all copyrights to his photographs.  Pickersgill licenses his copyrighted Works, such as the ones in this case, for commercial use.

Pickersgill created the images, hereinafter referred to as the "Works."

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East<br>Suite 1100<br>Los Angeles, CA 90067 | 12 Powder Springs St.<br>Suite 200<br>Marietta, GA 30064 | 21301 Powerline Rd.<br>Suite 100<br>Boca Raton, FL 33433 | 818 18th Ave. S.<br>10th Floor<br>Nashville, TN 37203 | 125 Maiden Lane<br>Suite 5C<br>New York, NY 10038 |

Mr. Todd Harness
Outreach Inc
July 22, 2020
Page 2

The Works at issue are attached.

Pickersgill registered the Works with the Register of Copyrights on July 5, 2016 and was assigned the registration number VAu1258364, a copy of which is enclosed.

*Infringement by Outreach Inc ("Outreach")*
We have enclosed contemporaneous evidence of the infringement by Outreach.   You have employed our client's Works in at least the manner indicated in the evidence attached.  You are fully aware that the Works you used are our client's Works.  No one from your company ever sought a license from our client to use the Works for any purpose.

You have copied, displayed and distributed our client's Works without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Works.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Works, please provide us with this evidence so we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to Pickersgill when a work is infringed or altered.  Section 504 permits Pickersgill to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement.  Pickersgill can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales.  Pickersgill's photographs are of the highest quality.  Pickersgill's photographs are also scarce since he is one of the only sources of such quality photographs.

Pickersgill's damages are not limited to what he would have agreed to license the Works for prior to the infringement.  Rather, Pickersgill's actual damages will be measured by

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Todd Harness
Outreach Inc
July 22, 2020
Page 3

the fair market value of the photograph considering Outreach's use to sell and promote its business. Pickersgill's actual damages must be measured in light of Outreach's use of Pickersgill's high quality and unique Works.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Pickersgill can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Pickersgill to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Pickersgill will also be entitled to Outreach's profits from the infringement, based upon the revenue Outreach earned in connection with the use of Pickersgill's Works.

Alternatively, Pickersgill could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement. There is also the possibility that a judge or jury could determine that Outreach's infringement was willful. If Outreach's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*
In order to determine how to proceed, please provide us with information and documents showing:

1.     the full nature and extent of the use of our client's Works, in any and all formats;

2.     representative copies in any and all tangible form and media in which our client's Works were incorporated or employed; and

3.     the source of the Works.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by August 5, 2020, we will take further steps to protect our client's rights.

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Todd Harness
Outreach Inc
July 22, 2020
Page 4

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Jonah A. Grossbardt

JAG/bmb

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mr. Todd Harness
Outreach Inc
July 22, 2020
Page 5

Tanya_and_Addison.jpg



Wendy_Brian_Hunter_and_Harper.jpg



**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Todd Harness
Outreach Inc
July 22, 2020
Page 6

Snoopys.jpg



Ashley's_Neighbors.jpg



**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Todd Harness
Outreach Inc
July 22, 2020
Page 7

Jamie_Jodi_and_Aiden.jpg



Grant.jpg



**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. Todd Harness
Outreach Inc
July 22, 2020
Page 8

Michelle_and_Jimmy.jpg



**CALIFORNIA**

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**

12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**

21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**

818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-258-364**

**Effective Date of Registration:**
July 05, 2016

## Title

**Title of Work:** Removed
**Volume:** 1
**Date on Copies:** February 2015

**Series Title:** Removed

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** Eric Allen Pickersgill
**Author Created:** photograph
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Eric Allen Pickersgill
609 Pecan Ave, Charlotte, NC, 28204, United States

## Rights and Permissions

**Name:** Eric Allen Pickersgill
**Email:** ericpickersgill@gmail.com
**Telephone:** (704)806-0863
**Address:** 609 Pecan Ave
Charlotte, NC 28204 United States

## Certification

**Name:** Eric Pickersgill
**Date:** July 05, 2016

Page 1 of 2



**Copyright Office notes:**   Basis for Registration: Unpublished collection

# Social Media—How Addicted Are You?

By **Esther Laurie** - October 12, 2015



**0**
SHARES

[f Share]   [P Pin]   [🐦 Tweet]

It's no secret. We use social media. A lot. But do you know how much you are on social media?

It could be more than you think.

"Nearly two-thirds of American adults (65%) use social networking sites, up from 7% when Pew Research Center began systematically tracking social media usage in 2005."

Young adults (ages 18-29) are still most likely to use social media (about 90%), but the usage of those 65 years and older has "more than tripled since 2010 when 11% used social media. Today, 35% of all those 65 and older report using social media, compared with just 2% in 2005."



Photographer Eric Pickersgill created a project called *Removed*, which are a series of photos  which show a snapshot of people's everyday lives, but with one change: he removed all the electronic devices from the photos.

He was inspired to start the project after observing a family at a local café:

*Family sitting next to me at Illium café in Troy, NY is so disconnected from one another. Not much talking. Father and two daughters have their own phones out. Mom doesn't have one or chooses to leave it put away. She stares out the window, sad and alone in the company of her closest family. Dad looks up every so often to announce some obscure piece of info he found online. Twice he goes on about a large fish that was caught. No one replies. I am saddened by the use of technology for interaction in exchange for not interacting. This has never happened before and I doubt we have scratched the surface of the social impact of this new experience. Mom has her phone out now.*

Here are a few photos from Pickersgill's project, *Removed*:

3/17/2020                                                      Social Media—How Addicted Are You?





3/17/2020                                                    Social Media—How Addicted Are You?





3/17/2020                                                    Social Media—How Addicted Are You?







Here's a short video from Piskersgill and the full project.



**Esther Laurie**

*http://www.estherlaurie.com*

Esther Laurie is a staff writer at ChurchLeaders.com. Her background is in communication and church ministry. She believes in the power of the written word and the beauty of transformation and empowering others. When she's not working, she loves running, exploring new places and time with friends and family. It's her goal to work the word 'whimsy' into most conversations.

# Subscribe to ChurchLeaders

Get the latest church articles sent directly to your inbox.

☑ Lead Pastor            ☐ Worship

3/17/2020                                    Social Media—How Addicted Are You?

☐ Youth                           ☐ Outreach

☐ Children's                      ☐ Ministry Tech

☐ Small Groups                    ☐ Select All

| First name |
|---|

| Email Address |
|---|

**Sign Me Up!**



churchleaders-eszuskq0bptmaawob.stackpathdns.com/wp-content/uploads/2015/10/photo-4.jpg

















Jonah A. Grossbardt
*Attorney*

Direct: 323.364.6565
jonah.grossbardt@sriplaw.com

August 27, 2020

**VIA EMAIL:  editorial@churchleaders.com, support@churchleaders.com,
privacy@outreachmediagroup.com, & ads@outreachmediagroup.com**
Mr. Todd Harness
Outreach Inc
5550 Tech Center Drive
Colorado Springs, CO 80919

Re:   **Pickersgill v. Outreach Inc**
       **Our File No.:  00652-0002**

Dear Mr. Harness,

**We are a law firm making a claim on behalf of our client.  We know that this is
reaching you during a difficult and trying time and that you may have more pressing
concerns. We appreciate that responding to this letter may not be your first
priority.  However, we must receive a response from you so that we know that you are
taking this matter seriously, even if you need more time to hire a lawyer or report this
claim to your insurance carrier.  If we hear from you then we can work with you to
understand your position and resolve our client's claim. Please respond to us.**

We write this follow up letter on behalf of our client Eric Pickersgill for the purposes of
resolving a case of copyright infringement against you by our client.  This demand is
privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated July 22, 2020, wherein we detailed the basis of
the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement
has not been removed.  It is imperative that you respond to us.  If we do not hear from
you, we will be forced to take further steps to protect our client's rights, including filing
a lawsuit against you.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   **www.sriplaw.com**   |   info@sriplaw.com

Mr. Todd Harness
Outreach Inc
August 27, 2020
Page 2

We also repeat our demand that you tender this claim to your insurance carrier.  We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Jonah A. Grossbardt

JAG/stj

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com